SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
TOM MOORE (ASBN 14305-O78T)
Assistant United States Attorney
Acting Chief, Tax Division

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7000
Fax:          (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and LUPE MARQUEZ, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>STEPHEN W. HILL,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO:<br><br>**VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |
|---|---|---|

Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **LUPE MARQUEZ**, allege and petition as follows:

1.  This proceeding is brought and this Court has jurisdiction hereof under Sections 7602 and 7604(a) of the Internal Revenue Code.

2.  Petitioner **LUPE MARQUEZ** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7604 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7604(a), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

3.  Petitioner **LUPE MARQUEZ** is and at all times mentioned herein was

attempting in the course of her authorized duties to determine certain federal income tax

liabilities of **STEPHEN W. HILL** for the 1997 and 1999 tax years.

    4.      Petitioner **LUPE MARQUEZ** is and at all times herein was attempting in the course of her authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to her attempt to determine the aforementioned federal tax liabilities of **STEPHEN W. HILL**, for the periods stated in paragraph 3 above.

    5.      The last known address of Respondent, **STEPHEN W. HILL** is 1278 New Hampshire Dr., Concord, CA 94521, which is within the venue of this Court.

    6.      Petitioner **LUPE MARQUEZ** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioner does not otherwise have access, possession, or control.

    7.      On March 1, 2007, in accordance with law, petitioner **LUPE MARQUEZ** served a summons on respondent **STEPHEN W. HILL**, in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons at the last and usual place of abode of respondent **STEPHEN W. HILL**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

    8.      The items sought by the summon described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination of the above-mentioned federal tax liabilities of **STEPHEN W. HILL** for the years stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding the determination of the above-mentioned federal income tax liabilities of **STEPHEN W. HILL** for the years stated in paragraph 3 above that respondent produce the items demanded by said summons.

    9.      The respondent did not appear on March 20, 2007, as requested in the summons.

    10.     By letter dated March 30, 2007, respondent Stephen W. Hill was provided with another opportunity to comply by appearing for an appointment with Petitioner Lupe Marquez

Verified Petition To Enforce
IRS Summons                             2

attempting in the course of her authorized duties to determine certain federal income tax liabilities of **STEPHEN W. HILL** for the 1997 and 1999 tax years.

    4.      Petitioner **LUPE MARQUEZ** is and at all times herein was attempting in the course of her authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to her attempt to determine the aforementioned federal tax liabilities of **STEPHEN W. HILL**, for the periods stated in paragraph 3 above.

    5.      The last known address of Respondent, **STEPHEN W. HILL** is 1278 New Hampshire Dr., Concord, CA 94521, which is within the venue of this Court.

    6.      Petitioner **LUPE MARQUEZ** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioner does not otherwise have access, possession, or control.

    7.      On March 1, 2007, in accordance with law, petitioner **LUPE MARQUEZ** served a summons on respondent **STEPHEN W. HILL**, in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving an attested copy of the summons at the last and usual place of abode of respondent **STEPHEN W. HILL**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

    8.      The items sought by the summon described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination of the above-mentioned federal tax liabilities of **STEPHEN W. HILL** for the years stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding the determination of the above-mentioned federal income tax liabilities of **STEPHEN W. HILL** for the years stated in paragraph 3 above that respondent produce the items demanded by said summons.

    9.      The respondent did not appear on March 20, 2007, as requested in the summons.

    10.     By letter dated March 30, 2007, respondent Stephen W. Hill was provided with another opportunity to comply by appearing for an appointment with Petitioner Lupe Marquez

1 | on April 18, 2007. See Exhibit B.

2 | 11.   As of the date of this petition, the respondent has failed to comply with the
3 | summons.

4 | 12.   All administrative steps required by the Internal Revenue Code for issuance of the
5 | summons have been taken.

6 | 13.   There has been no referral to the Department of Justice for criminal prosecution
7 | of the matters described in the summons.

8 | **WHEREFORE**, having stated in full their petition against the respondent, petitioner
9 | prays for enforcement of the subject summons as alleged and set forth above, as follows:

10 | A.   That the named respondent herein be ordered to appear and show cause before
11 | this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to
12 | give such testimony and to produce such items as are required in the herein above-described
13 | summons;

14 | B.   That respondent be ordered by the Court to appear before the petitioner **LUPE**
15 | **MARQUEZ** or any other designated agent, at a time and place directed by the Court and then
16 | and there give such testimony and produce such items as is required by the summons; and

17 | C.   That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs
18 | in this proceeding and such other and further relief as may be necessary and proper.

7 SEP '07

SCOTT N. SCHOOLS
United States Attorney

CYNTHIA L STIER
Assistant United States Attorney
Tax Division

# VERIFICATION

I, **LUPE MARQUEZ**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed revenue officer in the Oakland, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/14/07  at Oakland, California.


_____
**LUPE MARQUEZ**



# Summons

## Collection Information Statement

In the matter of  STEPHEN W HILL, 1278 NEW HAMPSHIRE DR, CONCORD, CA  94521-3805
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 1997 and December 31, 1999

**The Commissioner of Internal Revenue**

To:  STEPHEN W HILL
At:  1278 NEW HAMPSHIRE DR, CONCORD, CA  94521

You are hereby summoned and required to appear before LINDA THIGPEN, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:
Form 1040 for the calendar periods ending December 31, 1997 and December 31, 1999

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 02/01/2006   To 02/01/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

1301 CLAY STREET, OAKLAND, CA  94612  (510) 637-2656

Place and time for appearance: At  1301 CLAY STREET, OAKLAND, CA  94612

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  20th  day of  March , 2007  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  26th  day of  February , 2007

LINDA THIGPEN                                    ACTING MANAGER
Signature of issuing officer                     Title

Signature of approving officer *(if applicable)*    Title

EXHIBIT  A                                        Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 3/01/07    Time: 2:23 pm

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

Karen Hill

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Karen Hill

Signature: Lupe Morga___    Title: R.O.

I certify that the copy of the summons served contained the required certification.

Signature: Karen Hill    Title: Taxpayer's Wife

Catalog No. 25000Q    Form **6637** (Rev. 10-2006)



OFFICE OF
CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5102
FAX: (415) 227-5159

CC:SB:7:SF:3:GL-114533-07

MAY 0 4 2007

Steve Hill
1278 New Hampshire Drive
Concord, CA 94521

Dear Mr. Hill:

    Small Business/Self-Employed Area: Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on March 1, 2007. Under the terms of the summons, you were required to bring documents and to appear before Revenue Officer Linda Thigpen on March 20, 2007.

    Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

        Name: Lupe Marquez
        Date: May 17, 2007
        Time: 9:30 A.M.
    Address: 1301 Clay Street, Suite 1040S
            Oakland, CA 94612

    Any books, records or other documents called for in the summons should be produced at that time.

EXHIBIT _B_

INITIALS 8/11/07   LCC 5/3/07   SFE 5/2/07

CC:SB:7:SF:3:GL-114533-07     - 2 -

    If you have any questions, please contact Revenue Officer Lupe Marquez at (510) 637-2656.

                                      Sincerely,

                                      SHANNON EDELSTONE
                                    Attorney (San Francisco)
                                    (Small Business/Self-Employed)
                                    Tax Court Bar No. ES 0139

CC:    Lupe Marquez
        Revenue Officer
        Small Business/Self Employed
        1301 Clay Street
        Oakland, CA 94612

        Steve Hill
        PO Box 31481
        Walnut Creek, CA 94598-8481