1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12 **UNITED STATES OF AMERICA and** | ) |
| **LUPE MARQUEZ, Revenue Officer,** | ) **NO. C 07-4631 SBA** |
| 13 | ) |
| **Petitioners,** | ) **ORDER TO SHOW CAUSE** |
| 14 | ) **RE ENFORCEMENT OF INTERNAL** |
| **v.** | ) **REVENUE SERVICE SUMMONS** |
| 15 | ) |
| **STEPHEN W. HILL,** | ) |
| 16 | ) |
| **Respondent.** | ) |
| 17 | ) |

18    Good cause having been shown by the petitioner upon its petition filed in the above-entitled

19 proceeding on September 7, 2007, 2007, it is hereby:

20    **ORDERED** that respondent STEPHEN W. HILL appear before this Court on **December 11**

21 **2007, at 1:00 p.m.**, in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland,

22 California, and then and there show cause, if any, why they should not be compelled to appear and

23 provide documents and testimony as required by the summons heretofore served upon him as alleged

24 and set forth in particular in said petition; and it is further

25    **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid

26 petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil

27 Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

28 further

1    **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent

2    may file and serve a written response to the petition, supported by appropriate affidavit(s) or

3    declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that

4    the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days

5    before the return date of this Order; that all motions and issues raised by the pleadings will be

6    considered on the return date of this Order, and only those issues raised by motion or brought into

7    controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be

8    considered at the return of this Order, and any uncontested allegation in the petition will be considered

9    admitted.

10

11   Dated: 10/3/07                                      _Saundra B Armstrong_____
                                                          **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**