```
 1  SCOTT SCHOOLS (SCBN 9990)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
       9th Floor, Federal Building
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
 6     Telephone:  (415) 436-7000
       Fax:        (415) 436-6748
 7
    Attorneys for the United States of America
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
    UNITED STATES OF AMERICA,      )   NO.  C-07-04631-SBA
12                                 )
             Plaintiff,             )
13                                 )
          v.                        )
14                                 )
    STEPHEN W. HILL,                )   CERTIFICATE OF SERVICE
15                                 )
             Defendant.             )
16                                 )
```

17      I, **KATHY P. TAT** declare:

18      That I am a citizen of the United States of America and employed in San Francisco

19  County, California; that my business address is Office of United States Attorney, 450 Golden

20  Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen

21  years, and am not a party to the above-entitled action.

22      I am employed by the United States Attorney for the Northern District of California and

23  discretion to be competent to serve papers. The undersigned further certifies that I caused a copy

24  of the following:

25  CLERK'S NOTICE, Document #5 - filed November 29, 2007

26  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed

27  envelope, and served as follows:

28  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

Certificate of Service
C-07-04631-SBA                            1

1  the designated area for outgoing U.S. mail in accordance with this office's practice.
2  ____  **PERSONAL SERVICE (BY MESSENGER)**
3  ____  **FACSIMILE (FAX)** No.: _____
4  to the parties addressed as follows:
5  Stephen W. Hill
   1278 New Hampshire Dr.
6  Concord, CA 94521
7       I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.
9       Executed on **November 30, 2007** at San Francisco, California.

                                              /s/ Kathy Tat
                                              **KATHY P. TAT**
                                              **Legal Assistant**