SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor, Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:  (415) 436-7000
   Fax:            (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> LUPE MARQUEZ, Revenue Officer, <br><br>       Plaintiff, <br><br> v. <br><br> STEPHEN W. HILL, <br><br>       Defendant. | NO.  C-07-04631-SBA <br><br><br><br><br> CASE MANAGEMENT STATEMENT AND [proposed] ORDER <br><br> DATE:  DECEMBER 13, 2007 <br> TIME:  2:45 P.M. |

    Petitioners, United States of America and Lupe Marquez, submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.[1]

**DESCRIPTION OF THE CASE**

    **1.**     **A brief description of the events underlying the action:**

    **a.**     **Plaintiff**

    Petitioners commenced this action by filing a Petition to enforce the Internal Revenue Service summons served on Respondent Stephen Hill.  This Court entered an Order to Show Cause on or about October 3, 2007, requiring Respondent to appear before this Court on December 11, 2007 at 1:00 p.m.  Respondent has not filed a written response to the Order to

---

[1] Respondent, Stephen Hill, has not responded to the Order to Show Cause and counsel for the United States was unable to confer with him to prepare a joint statement.

Show Cause. On October 18, 2007, Respondent provided documents requested by the summons but has failed to provide the requested tax returns for 1997 and 1999.

    **b.** **Defendant**

The United States was unable to reach Stephen Hill to obtain his position.

    **2.** **The principal factual issues which the parties dispute:**

    i. The United States is not aware of any factual dispute.

    **3.** **The principal legal issues which the parties dispute:**

    i. The United States is unaware of any legal dispute.

    **4.** **The other factual issues [*e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

    None.

    **5.** **The parties which have not been served and the reasons:**

    None.

    **6.** **The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

    None.

    **7.** **The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:**

    **a.** **Plaintiff**

Plaintiff does not consent to assignment of this case to a United States Magistrate Judge for trial.

    **b.** **Defendants**

The United States has been unable to contact Defendant to obtain his position on this point.

///

///

///

Case Mgmnt Statement & [proposed] Order
(No. C-07-04631-SBA)                    2

**ALTERNATIVE DISPUTE RESOLUTION**

8. **Please indicate the appropriate responses.**

☐ **The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by** (date) _____.

Not applicable.

☐ **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____.

Not applicable.

☐ **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____.

Not applicable.

☐ **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____.

Not applicable.

9. **Please indicate any other information regarding ADR process or deadline.**

a. **Plaintiff**

Not applicable.

b. **Defendant**

Not applicable.

**DISCLOSURES**

10. **The parties certify that they have made the following disclosures** [list disclosures of persons, documents, damage computations and insurance agreements]:

a. **Plaintiff**

There are no disclosures to be made.

b. **Defendants**

_____ The United States does not anticipate any disclosures by Respondent.

# DISCOVERY

**11. The parties agree to the following discovery plan** [Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]**:**

    a. **Plaintiff**

        The United States does not believe discovery is necessary.

    b. **Defendant**

        The United States has not been in contact with the Respondent.

# TRIAL SCHEDULE

**12. The parties request a trial date as follows:**

    a. **Plaintiff**

        The United States does not anticipate a trial. February 2008.

    b. **Defendant**

**13. The parties expect that the trial will last for the following number of days:**

    a. **Plaintiff**

        Not applicable.

SCOTT SCHOOLS
United States Attorney

Dated:  December 3, 2007          By:    */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

# CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.  In addition the Court orders:

Dated:_____     _____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**CASE MANAGEMENT STATEMENT AND [proposed] ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Stephen W. Hill
1278 New Hampshire Dr.
Concord, CA 94521

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 3, 2007** at San Francisco, California.

_____/s/ Kathy Tat_____
**KATHY TAT**
**Legal Assistant**