```
1  SCOTT SCHOOLS (SCBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor, Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
     Fax:       (415) 436-6748
7
   Attorneys for the United States of America
8
              IN THE UNITED STATES DISTRICT COURT FOR THE
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,          )  NO. C-07-04631-SBA
12 LUPE MARQUEZ, Revenue Officer,     )
                                      )
13         Plaintiff,                 )
                                      )
14      v.                            )  PROOF OF SERVICE AND
                                      )  DECLARATION OF
15 STEPHEN W. HILL,                   )  RICHARD LOWE
                                      )
16         Defendant.                 )
                                      )
```

17  I, Richard Lowe, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

18  1.  I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

20  2.  On October 18, 2007, at approximately 10:20 a.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on Stephen W. Hill, at 1301 Clay Street, Oakland, CA 94612.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3rd day of Dec, 2007, at Oakland, California.

*/s/ Richard Lowe*
RICHARD LOWE

TOTAL P.01