| | |
|---|---|
| 1 | SCOTT SCHOOLS (SCBN 9990) |
| | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
| | Assistant United States Attorney |
| 3 | Chief, Tax Division |
| | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
| | 9th Floor, Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California  94102 |
| 6 | Telephone:   (415) 436-7000 |
| | Fax:              (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> LUPE MARQUEZ, Revenue Officer, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN W. HILL, <br><br> Defendant. | NO.  C-07-04631-SBA <br><br><br><br> **REQUEST FOR DISMISSAL** <br> **AND ORDER THEREON** |

Petitioners, United States of America and Lupe Marquez, Revenue Officer, hereby advise the Court that respondent, Stephen W. Hill has complied with the Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SCOTT SCHOOLS
United States Attorney

Dated: December 11, 2007     /s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this _____ day of _____, 2007, at Oakland, California.

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**REQUEST FOR DISMISSAL AND ORDER THEREON**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Stephen W. Hill
1278 New Hampshire Dr.
Concord, CA 94521

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 11, 2007** at San Francisco, California.

                                              /s/ Kathy Tat
                                              **KATHY TAT**
                                              **Legal Assistant**