| | |
|---|---|
| 1 | SCOTT SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>9th Floor, Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000<br>Fax:         (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. C-07-04631-SBA |
| **Plaintiff,** | ) | |
| v. | ) | |
| STEPHEN W. HILL, | ) | **CERTIFICATE OF SERVICE** |
| **Defendant.** | ) | |

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

REQUEST FOR DISMISSAL AND ORDER THEREON - filed December 14, 2007

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

Certificate of Service
C-07-04631-SBA                                             1

1  the designated area for outgoing U.S. mail in accordance with this office's practice.
2  \_\_\_\_    **PERSONAL SERVICE (BY MESSENGER)**
3  \_\_\_\_    **FACSIMILE (FAX)** No.: _____
4  to the parties addressed as follows:
5  Stephen W. Hill
   1278 New Hampshire Dr.
6  Concord, CA 94521
7       I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.
9       Executed on **December 17, 2007** at San Francisco, California.
10
11
                                        _____  /s/ Kathy Tat
12                                            **KATHY P. TAT**
                                              **Legal Assistant**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certificate of Service
C-07-04631-SBA                              2